No. 95–8282. ALEALI v. MERKLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–8283. CRAWLEY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–8297. FAUNCE v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–8302. HELMS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8303. DERRYBERRY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–8305. FABIAN v. SHADE. Sup. Ct. Fla. Certiorari denied.

No. 95–8307. FUNAI v. FRISOLI. Super. Ct. Mass., Middlesex County. Certiorari denied.

No. 95–8309. JEDRZEJEWSKI v. MENACKER. Ct. Sp. App. Md. Certiorari denied.

No. 95–8314. JACQUES v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 95–8316. STITT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8317. McNELTON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 95–8320. BUC-HANAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–8322. TREADWAY v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8327. McGESHICK v. CHOUCAIR ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8329. SIMPSON, AS NEXT FRIEND TO TONY L. ET AL. v. CHILDERS ET AL. C. A. 6th Cir. Certiorari denied.